UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KELLY DONNA PARSLEY and STEPHANIE MIGLINO, on behalf of themselves and on behalf of other similarly-situated individuals,

                              Plaintiffs,

   -against-

BROADHOLLOW HOSPITALITY LLC, d/b/a JEWEL RESTAURANT, and RUBIE'S COSTUME COMPANY INC.,

                              Defendants.

-------------------------------------------------------------------X

Index No. 17-cv-00097 (JS)(GRB)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Lawrence M. Pearson, together with the exhibits attached thereto, and the annexed Memorandum of Law, Plaintiffs Kelly Donna Parsley and Stephanie Miglino, without opposition from Defendants Broadhollow Hospitality LLC, d/b/a Jewel Restaurant, and Rubie's Costume Company Inc. will move this Court, before The Honorable Gary R. Brown, at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on April 29, 2019 at 2:00 p.m. for an Order granting the parties' Joint Motion for Final Approval of Settlement Agreement and Release.

Dated: April 15, 2019
     New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Lawrence M. Pearson
    Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
trahman@wigdorlaw.com

*Attorneys for Plaintiffs and the Proposed FLSA Collective and NYLL Class*

2